PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-3611
_____

AMICA MUTUAL INSURANCE COMPANY

v.

EDWARD FOGEL, Individually and as Guardians Ad Litem of Marcy Fogel
and Carrie Fogel, and as Administrators of the Estate of Melissa Fogel;
MAUREEN FOGEL, Individually and as Guardians Ad Litem of Marcy Fogel
and Carrie Fogel, and as Administrators of the Estate of Melissa Fogel,
Appellants
_____

On Appeal from the United States District Court
For the Middle District of Pennsylvania
(D.C. Civil Action No. 1-09-cv-00674)
District Judge:  Honorable John E. Jones, III
_____

Argued March 8, 2011
_____

Before:  SCIRICA, AMBRO, and VANASKIE, Circuit Judges

(Opinion filed September 8, 2011)

## ORDER  AMENDING  PRECEDENTIAL  OPINION

AMBRO, Circuit Judge

IT IS NOW ORDERED that the published Opinion in the above case filed September 8, 2011, be amended as follows:

On page 6, last paragraph, line 6 change "8317" to "8371".

By the Court,
/s/ Thomas L. Ambro, Circuit Judge

Dated:      December 9, 2011